**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| JEREMY K. VALDEZ,<br>Plaintiff,<br>v.<br>WICHITA POLICE DEPARTMENT,<br>Defendant. | Case No. 26-cv-01023-AWM-GEB |

## MEMORANDUM AND ORDER

Plaintiff Jeremy K. Valdez sued the Wichita Police Department for alleged violations of his Fourth and Fourteenth Amendment rights. Doc. 1. He seeks $5,000,000 for the "drama" he had to deal with after being "locked up for something [he] didn't do." Doc. 1 at 4. His Complaint doesn't say much more. *Id.*

United States Magistrate Judge Gwynne E. Birzer granted Plaintiff leave to proceed in forma pauperis, screened his pleadings under 28 U.S.C. § 1915(e)(2), and issued a Report and Recommendation. Docs. 5, 6.

Judge Birzer concluded that the pleadings do not identify what the Wichita Police Department allegedly did, and the Department lacks the capacity to be sued in any event. Doc. 6 at 4-5. She therefore recommended that Plaintiff's case be dismissed under § 1915(e)(2)(B) for failure to state a claim. *Id.* at 5. The Report and Recommendation advised Plaintiff that he had fourteen days to object and that he must object within that period to preserve appellate review. *Id.* at 1. Plaintiff did not object, and the time to do so has passed.[1]

When no party objects, the Court "may review a magistrate's report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991).

[1] The Report and Recommendation was mailed to Plaintiff at his address of record September 11, 2026. Service was complete upon mailing, Fed. R. Civ. P. 5(b)(2)(C). He has filed nothing in this case since January 30, 2026. *See* Docs. 1, 2.

The Court has reviewed the Report and Recommendation and the pleadings de novo and finds no error.

**IT IS THEREFORE ORDERED BY THE COURT** that Judge Birzer's Report and Recommendation (Doc. 6) is **ADOPTED**.

**IT IS FURTHER ORDERED BY THE COURT** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to enter judgment accordingly and to close the case. The Clerk shall mail a copy of this Memorandum and Order and the judgment to Plaintiff at his address of record.

**IT IS SO ORDERED.**

Dated this 4th day of November, 2026, at Topeka, Kansas.

*s/ Anthony W. Mattivi*
Anthony W. Mattivi
United States District Judge